IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

YELENA I. GOFORTH                                                    PLAINTIFF

        v.            Civil No. 11-5169

DEPUTY RUTH; DEPUTY JOHNSON;
DEPUTY CONE; DEPUTY JAMES;
DEPUTY REEVES; SHERIFF HELDER;
DEPUTY SPRINGSTON; DEPUTY CAREINGER;
and DEPUTY SALCIDO                                                   DEFENDANTS

## O R D E R

Before the Court is the **Report and Recommendation of the Magistrate Judge** (document #23), filed on June 13, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #23) is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is **dismissed without prejudice.** The Clerk is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED.**

                                                      /s/ Jimm Larry Hendren
                                                      JIMM LARRY HENDREN
                                                      UNITED STATES DISTRICT JUDGE